WILLIAM A. BRADY v. BLACKETT-SAMPLE-HUMMERT, INC., and Others.— Motion for leave to appeal to the Court of Appeals or for reargument denied. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

WILLIAM H. HAMILTON v. WILLARD U. TAYLOR, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Application of THE NEW YORK CENTRAL RAILROAD COMPANY and Another, for a Certiorari Order against WILLIAM G. FULLEN and Others, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.; Untermyer, J., taking no part.

In the Matter of the Application of WILLIAM B. HERLANDS, as Commissioner, etc., for a Warrant to Commit KENNETH SUTHERLAND, a Witness.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

SAMUEL SHABOTZKY v. EQUITABLE LIFE ASSURANCE SOCIETY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

In the Matter of HERBERT A. KOENIG, Deceased.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MANHATTAN AND BRONX COUNCILS, INC., v. WILLIAM STANLEY MILLER and Others, etc. (Taxes of 1935 and 1936.) — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Glennon, Untermyer, Cohn and Callahan, JJ.

WENDEL FOUNDATION v. MOREDALL REALTY CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

WILLIAM STEVENS v. COMPAGNIE GENERALE TRANSATLANTIQUE.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

In the Matter of the Application of SHIELDS & COMPANY, etc. (GIMBEL BROTHERS, INC.) — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of JOHN ALLEN RYAN, etc. (GIMBEL BROTHERS, INC.) — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

In the Matter of THEODORE STANFIELD, Deceased.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with ten dollars costs. Present — O'Malley, Townley, Glennon and Dore, JJ.